IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD O'CONNELL | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:17-cv-00173 |
| | § | |
| RTAS TRANSPORT, L.L.C. AND | § | |
| LIONEL SIMMS | § | |
| | § | |
| **Defendants** | § | |

## MOTION TO SHOW CAUSE

Pursuant to the Court's May 29, 2018 order, the parties file this agreed motion to show cause and show as follows:

On December, 2017, after Plaintiff's deposition was noticed and taken by defense counsel, Plaintiff presented complete medical along with a demand to Defendants' insurance company. The demand was dated December 8, 2017 and offered to resolve all claims in exchange for payment of the remaining amount left on Defendants' liabilty policy.

On December 18, 2017, after review of the information available, Defendants' insurance compay accepted the demand and tendered the remaining policy limits in settlement of any and all of Plaintiff's claims. This settlement acceptance and tender contemplated a release of all legally enforceable medical liens.

Plaintiff thereafter executed a full and final release but is still negotiating reduction of a hospital for services rendered shortly after the subejct accident. The proposed motion and order for dismissal are prepared and plan to be filed as soon as the hospital lien is negotiated and the final check can be issued.

WHEREFORE PREMISES CONSIDERED, the parties request leave of court and additional time to finalize settlement of this matter and file the final dismissal documents.

For the Plaintiff RICHARD O'CONNELL

THE LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas  78401
Telephone:     (361) 985-0600
Telecopier:    (361) 985-0601
Email: rendsley@thomasjhenrylaw.com


By:     /s/ Russell W. Endsley
        RUSSELL W. ENDSLEY
        "Attorney in Charge"
        So. Dist. TX Bar No. 28492
        State Bar No. 24026824



For the Defendants, RTAS TRANSPORT, LLC and
LIONEL SIMMS

GOLDMAN & PETERSON, PLLC
10100 Reunion Pl., Ste 800
San Antonio, Texas  78216
Telephone:     (210) 340-9800
Telecopier:    (210) 340-9888
Email: Larry@ljglaw.com
       Greg@ljglaw.com



BY:    /s/ Gregory J. Peterson
       LARRY J. GOLDMAN
       "Attorney in Charge"
       Federal Bar No. 341
       State Bar No. 08093450
       GREGORY J. PETERSON
       Federal No. 996381
       State Bar No. 24057580